UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

REED L. OVERMYER,

                  Petitioner,              Case No. 1:25-cv-1799

v.

                                    Honorable Ray Kent

RANDEE REWERTS,

                  Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:   July 28, 2026                 /s/ Ray Kent
                                        Ray Kent
                                        United States Magistrate Judge