UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

REED L. OVERMYER,

            Petitioner,

v.

RANDEE REWERTS,

            Respondent.

_____/

Case No. 1:25-cv-1799

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because of Petitioner's unexcused procedural default.


Dated:  July 28, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge